**1**

**Percival E. FALKINGHAM, Plaintiff-Appellant, v. UNITED STATES ALKALAI EXPORT ASS'N, Inc., et al., Defendants-Appellees.**

Circuit Court of Appeals, Second Circuit. May 3, 1927.

No. 340.

Appeal from the District Court of the United States for the Southern District of New York.

Copal Mintz, of New York City, for appellant.

William E. Sims and Francis H. McAdoo, both of New York City, for appellees.

Before MANTON and L. HAND, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Decree affirmed in open court.

**2**

**FELTERS COMPANY, Inc., v. J. D. RANDALL COMPANY.**

Circuit Court of Appeals, Sixth Circuit. April 5, 1927.

No. 4776.

Appeal from the District Court of the United States for the Southern District of Ohio; Smith Hickenlooper, Judge.

Allen & Allen, of Cincinnati, Ohio, and Vernon E. Hodges, of Washington, D. C., for appellant.

Staley & Bowman, of Springfield, Ohio, for appellee.

PER CURIAM. Dismissed pursuant to motion of counsel for appellant.

**3**

**GEE POY YOU v. Dr. Percy L. Prentis, District Director, United States Immigration Service, Detroit, Mich.**

Circuit Court of Appeals, Sixth Circuit. January 13, 1927.

No. 4790.

Appeal from the District Court of the United States for the Eastern District of Michigan; Charles C. Simons, Judge.

Charles A. Lich, of St. Louis, Mo., and O. Guy Frick, of Detroit, Mich., for appellant.

Delos G. Smith, U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM. Judgment of District Court affirmed, upon authority of Jung Sew et al. v. United States (C. C. A.) 231 F. 949.

**4**

**In the Matter of the Application of Doris GREEN, for the Remission of Forfeiture in the case of United States v. Charles J. Steinberg, as Principal, and Doris Green, as Surety.**

**Doris GREEN, Plaintiff-in-Error, Defendant Below, v. UNITED STATES, Defendant-in-Error, Plaintiff Below.**

Circuit Court of Appeals, Second Circuit. May 2, 1927.

No. 317.

In Error to the District Court of the United States for the Southern District of New York.

Emanuel Tacker, of New York City, for plaintiff in error.

Charles H. Tuttle, U. S. Atty., and Edward Feldman, both of New York City, for the United States.

Before L. HAND and SWAN, Circuit Judges, and CAMPBELL, District Judge.

PER CURIAM. Order affirmed.

**5**

**Adelaide HENNING v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit. January 13, 1927.

No. 4775.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

I. H. Polozker, of Detroit, Mich., for plaintiff in error.

Delos G. Smith, U. S. Atty., of Detroit, Mich.

PER CURIAM. Judgment of District Court affirmed.

**6**

**Martin HOWARD v. UNITED STATES.**

Circuit Court of Appeals, Sixth Circuit. January 11, 1927.

No. 4842.

In Error to the District Court of the United States for the Western District of Michigan; Fred M. Raymond, Judge.

O. J. Larson, of Duluth, Minn., for plaintiff in error.